IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RONALD BOST,

      Appellant,

v.

      Case No. 5D23-306
      LT Case No. 16-2002-CF-436-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 11, 2023

3.800 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Ronald Bost, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EISNAUGLE and KILBANE, JJ., concur.